IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHERIE ROBINSON,
    Plaintiff,

v.

RSB EQUITY GROUP, LLC,
    Defendant.

CASE NO.

1:13-MI 0040

## NOTICE OF REGISTRATION OF JUDGMENT

COMES NOW PLAINTIFF, pursuant to 28 U.S.C. section 1963, and hereby files the attached Judgment in a Civil Case, showing the court as follows:

Said Judgment was entered on November 29, 2012 in the U.S. District Court, N.D.Ill., Eastern Division, in the case there assigned number 1:12 CV 7133.

Further, Plaintiff hereby shows that said Judgment has become final by expiration of the time for appeal.

Respectfully submitted,

                                  SKAAR & FEAGLE, LLP

by: _____
Kris Skaar
Georgia Bar No. 649610
krisskaar@aol.com
Justin T. Holcombe
Georgia Bar No. 552100
jholcombe@skaarandfeagle.com
P.O. Box 1478
331 Washington Ave.
Marietta, GA 30061-1478
770 / 427-5600
404 / 601-1855 fax

# United States District Court
# Northern District of Illinois

1:13-MJ 0040

## EXEMPLIFICATION CERTIFICATE

I, Thomas G. Bruton, Clerk of the United States District Court, keeper of the records and seal, certify that the attached documents:

Entered Judgment - 11/29/2012,

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District at Chicago, IL on 3/6/2013

_____Thomas G. Bruton_____        _____*Thomas G. Bruton*_____
*Clerk*                                                    *Signature*

I, Judge James F. Holderman, a Judicial Officer of this Court, certify that Thomas G. Bruton, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

On 3/6/2013                                   _____*James F. Holderman*_____
                                                    *Signature of Judicial Officer*

I, Thomas G. Bruton, Clerk of the United States District Court, keeper of the records and seal, certify that the Honorable James F. Holderman named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify the above signature to be that of the Judicial Officer. In testimony whereof I sign my name, and affix the seal of this Court at Chicago in this State on 3/6/2013.

_____Thomas G. Bruton_____        _____*Thomas G. Bruton*_____
*Clerk*                                                    *Signature*

AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

1:13-MI 0040

Sherie Robinson

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 12 C 7133

RSB Equity Group, LLC

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered in favor of the Plaintiff, Sherie Robinson and against the defendant RSB Equity Group, LLC in the total sum of $24, 065.00.

Thomas G. Bruton, Clerk of Court

Date: 11/29/2012

/s/ Sandy Newland, Deputy Clerk